1 | Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
2 | Bullivant Houser Bailey PC
601 California Street, Suite 1800
3 | San Francisco, CA 94108
e-mail: ron.richman@bullivant.com
4 | e-mail: susan.olson@bullivant.com
Telephone:    (415) 352-2700
5 | Facsimile:    (415) 352-2701

6

Attorneys for Plaintiffs

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | BOARD OF TRUSTEES OF THE LABORERS
HEALTH AND WELFARE TRUST FUND
FOR NORTHERN CALIFORNIA; BOARD
13 | OF TRUSTEES OF THE LABORERS
VACATION-HOLIDAY TRUST FUND FOR
14 | NORTHERN CALIFORNIA; BOARD OF
TRUSTEES OF THE LABORERS PENSION
15 | TRUST FUND FOR NORTHERN
CALIFORNIA; and BOARD OF TRUSTEES
16 | OF THE LABORERS TRAINING AND
RETRAINING TRUST FUND FOR
17 | NORTHERN CALIFORNIA,

18 | Plaintiffs,

19 | vs.

20 | BAY HAWK, INC., a California corporation;

21 | Defendant.

Case No.: C 07-4379 JSW

**PLAINTIFFS' STATEMENT IN LIEU OF
CASE MANAGEMENT CONFERENCE;
PROPOSED ORDER**

Date:        December 7, 2007
Time:        1:30 p.m.
Ctroom:    2, 17th Floor

22

23 | Plaintiffs offer this Statement in Lieu of the Case Management Conference Statement.

24 | On August 24, 2007 Plaintiffs filed their Complaint For Damages for Breach of

25 | Collective Bargaining Agreement and For A Mandatory Injunction ("Complaint") seeking a

26 | mandatory injunctive order requiring Bay Hawk, Inc. to submit to an audit of its books and

27 | records.  The Complaint was served on Defendant on August 31, 2007.

28 | / / /

6089480.1

1    Defendants' Answer was due on September 20, 2007.  As of the date of this writing,

2  Defendants have failed to file an Answer or any responsive pleading.

3    Plaintiffs intend to move forward in this case via default proceedings.  Plaintiffs intend

4  to file a Request for Clerk's Entry of Default and then proceed with a Motion for Default

5  Judgment.  Plaintiffs anticipate having their Motion for Default Judgment on file with this Court

6  within the next 90 days.

7    Based on the above, Plaintiffs respectfully request that this Court continue the Case

8  Management Conference for ninety days to allow Plaintiffs time to proceed against Defendant

9  in default.

10  DATED:  November 14, 2007

11

12                        BULLIVANT HOUSER BAILEY PC

13

14            By    _____
                            Ronald L. Richman

15                        Attorneys for Plaintiffs

16

17

18

19

20

21

22

23

24

25

26

27

28

6089480.1

PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; ORDER THEREON

1

## **CASE MANAGEMENT ORDER**

2

3    The Court having read Plaintiffs' Statement in Lieu of Case Management Conference

4    Statement and good cause appearing therefore:

5    IT IS HEREBY ORDERED that the Case Management Conference currently scheduled

6    for December 7, 2007 at 1:30 p.m. be continued to _____, 2008 at 1:30

7    p.m., Courtroom 2, 17th floor, San Francisco, California.

8    DATED: November____, 2007

9

10    By _____

11    HON. JEFFREY S. WHITE
      UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6089480.1

PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; ORDER THEREON