Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
e-mail: ron.richman@bullivant.com
e-mail: susan.olson@bullivant.com
Telephone: (415) 352-2700
Facsimile: (415) 352-2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>BAY HAWK, INC., a California corporation;<br><br>Defendant. | Case No.: C 07-4379 JSW<br><br>**PLAINTIFFS' REQUEST FOR CLERK'S ENTRY OF DEFAULT** |

TO DEFENDANT BAY HAWK, INC., a California corporation:

Plaintiffs hereby request that the Clerk of Court enter the default of defendant Bay Hawk, Inc. in the above-referenced action.

The Request for Entry of Default is made on the grounds that defendant Bay Hawk, Inc. was served via substituted service on August 31, 2007 with the Complaint for Damages for Breach of Collective Bargaining Agreement And For Mandatory Injunction ("Complaint").

6089484.1

1  Defendant's Answer was due on or before September 20, 2007. No Answer has been
2  filed by Defendant.
3  Based on the above, Plaintiffs respectfully request that the Clerk of Court issue the
4  default of defendant Bay Hawk, Inc. in the above-referenced action.
5  DATED: November 14, 2007

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman

Attorneys for Plaintiffs