Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
e-mail: ron.richman@bullivant.com
e-mail: susan.olson@bullivant.com
Telephone:   (415) 352-2700
Facsimile:   (415) 352-2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>      Plaintiffs,<br><br>vs.<br><br>BAY HAWK, INC., a California corporation;<br><br>      Defendant. | Case No.: C 07-4379 JSW<br><br>**DECLARATION OF RONALD L. RICHMAN IN SUPPORT OF PLAINTIFFS' REQUEST FOR CLERK'S ENTRY OF DEFAULT** |

I, RONALD L. RICHMAN, declare as follows.

1. I am a shareholder of the law firm of Bullivant Houser Bailey, PC, counsel for Plaintiffs in this action.

2. I have personal knowledge of the following and, if called upon to testify, am competent to do so.

3. Defendant Bay Hawk, Inc. was served via substituted service on August 31, 2007 with the Complaint for Damages for Breach of Collective Bargaining Agreement And For Mandatory Injunction. Attached hereto as <u>Exhibit A</u> is a true and correct copy of the Proof of Service.

4. A responsive pleading was due on or before September 20, 2007. No responsive pleading has been filed by defendant nor has the defendant appeared informally, and no cause exists which would prevent the Clerk of Court from entering the default of defendant Bay Hawk, Inc.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 14, 2007 at San Francisco, California.

*[signature]*
Ronald L. Richman

6089485.1
-2-
RICHMAN DECLARATION IN SUPPORT OF PLAINTIFFS' REQUEST FOR CLERK'S ENTRY OF DEFAULT

# EXHIBIT A

| | |
|---|---|
| JOYE BLANSCETT (SBN 191242)<br>RONALD L. RICHMAN (SBN 139189)<br>BULLIVANT HOUSER BAILEY PC<br>601 CALIFORNIA STREET, SUITE 1800<br>SAN FRANCISCO, CALIFORNIA 94108<br>Telephone: (415) 352-2700<br>Facsimile: (415) 352-2701<br>**Attorney(s) for:** PLAINTIFFS<br>Reference: 690796 | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.<br>**Plaintiff(s)**<br>v.<br>BAY HAWK, INC., a California corporation, et al.<br>**Defendant(s)** | CASE NUMBER: C 07 4379 JSW<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
   a. ☒ summons in a civil case    ☒ complaint    ☐ alias summons    ☐ first amended complaint
   ☐ second amended complaint
   ☐ third amended complaint
   ☒ other *(specify)*: CIVIL COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT; PUBLIC NOTICE; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; (BLANK) NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; (BLANK) WAIVER OF SERVICE OF SUMMONS; IN ADDITION TO THE LOCAL RULES; THE FOLLOWING GUIDELINES HAVE BEEN PROVIDED TO ENSURE THAT THE FILING PROCESS IS ACCOMPLISHED WITH EASE AND ACCURACY

2. Person served:
   a. ☒ Defendant *(name)*: ~~BAY AREA,~~ **BAY HAWK**, INC.
   b. ☒ Other *(specify name and title or relationship to the party/business named)*: "JANE DOE" AND "JOHN DOE" DESCRIBED AS A WHITE FEMALE, 40 YEARS OLD, BROWN HAIR, BLUE EYES, 5'11", 180LBS. AND A WHITE MALE, 50 YEARS OLD, BLUE EYES, BROWN HAIR, 6'0", 180LBS.
   c. ☒ Address Where papers were served: **2672 ENLOW COURT, PINOLE, CA 94564**

3. **Manner of service** in compliance with *(the appropriate box **must** be checked)*:
   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in item 2:

   a. ☐ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

      1. ☐ **Papers were served on** *(date)*:           at *(time)*:

   b. ☒ By **Substituted service**. By leaving copies:

      1. ☒ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☒ **Papers were served on** *(date)*: **AUGUST 31, 2007**           at *(time)*: **5:15PM**

---
**PROOF OF SERVICE-SUMMONS AND COMPLAINT**
CV-1 (04/01)                                                                                                                                                                 1

    4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

    5. ☒ **papers were mailed** on (date): **SEPTEMBER 4, 2007**

    6. ☒ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

  c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage pre-paid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

  d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

  e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

  f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

  g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

  h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**
  a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
    Name of person served:
    Title of person served:
    Date and time of service: *(date):* _____ at *(time):* _____
  b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**

  c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.
7. Person serving *(name, address and telephone number):*

**CARLOS CASTRO/#417/SAN FRANCISCO**
**WORLDWIDE NETWORK, INC.**
**520 TOWNSEND STREET, SUITE D**
**SAN FRANCISCO, CA 94103**
**(415) 503-0900**

a. Fee for service: $

b. ☐ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: SEPTEMBER 4, 2007

                                                                                          *(Signature)*

**Service of Process:**
3:07-cv-04379-JSW Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California et al v. Bay Hawk, Inc.
ADRMOP, E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at for more information.

The following transaction was received from by Blanscett, Joye entered on 9/7/2007 3:10 PM and filed on 9/7/2007

| | |
|---|---|
| **Case Name:** | Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California et al v. Bay Hawk, Inc. |
| **Case Number:** | 3:07-cv-4379 |
| **Filer:** | Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California |
| | Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California |
| | Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California |
| | Board of Trustees of the Laborers Pension Trust Fund for Nothern California |
| **Document Number:** | 6 |

**Docket Text:**
CERTIFICATE OF SERVICE by Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California, Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund for Nothern California *[served Bay Hawk]* (Blanscett, Joye) (Filed on 9/7/2007)

**3:07-cv-4379 Notice has been electronically mailed to:**

Joye Blanscett    joye.blanscett@bullivant.com, sanfranciscodocketing@bullivant.com

Ronald Lee Richman    ron.richman@bullivant.com, sanfranciscodocketing@bullivant.com

**3:07-cv-4379 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\ds12\Desktop\Bay Hawk POS 2 Scanned file.PDF
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/7/2007] [FileNumber=3732236-0] [
578f935734b480d9db014f7e2a0f17f18e9bb3ab5671185fbff96097b083f6387b6f64
5c75614f9ca6c634e3119b1e585ea66cc196da7b84521418501ab7e712]]