1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  Bullivant Houser Bailey PC
   601 California Street, Suite 1800
3  San Francisco, CA 94108
   e-mail: ron.richman@bullivant.com
4  e-mail: susan.olson@bullivant.com
   Telephone:   (415) 352-2700
5  Facsimile:   (415) 352-2701

6

   Attorneys for Plaintiffs
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

   BOARD OF TRUSTEES OF THE LABORERS    Case No.: C 07-4379 JSW
12 HEALTH AND WELFARE TRUST FUND
   FOR NORTHERN CALIFORNIA; BOARD
13 OF TRUSTEES OF THE LABORERS          PLAINTIFFS' STATEMENT IN LIEU OF
   VACATION-HOLIDAY TRUST FUND FOR      CASE MANAGEMENT CONFERENCE;
14 NORTHERN CALIFORNIA; BOARD OF        ~~PROPOSED~~ ORDER
   TRUSTEES OF THE LABORERS PENSION
15 TRUST FUND FOR NORTHERN
   CALIFORNIA; and BOARD OF TRUSTEES    Date:      December 7, 2007
16 OF THE LABORERS TRAINING AND         Time:      1:30 p.m.
   RETRAINING TRUST FUND FOR            Ctroom:    2, 17th Floor
17 NORTHERN CALIFORNIA,

18              Plaintiffs,

19        vs.

20 BAY HAWK, INC., a California corporation;

21              Defendant.

22

23        Plaintiffs offer this Statement in Lieu of the Case Management Conference Statement.

24        On August 24, 2007 Plaintiffs filed their Complaint For Damages for Breach of

25 Collective Bargaining Agreement and For A Mandatory Injunction ("Complaint") seeking a

26 mandatory injunctive order requiring Bay Hawk, Inc. to submit to an audit of its books and

27 records. The Complaint was served on Defendant on August 31, 2007.

28 / / /

1      Defendants' Answer was due on September 20, 2007. As of the date of this writing,

2 Defendants have failed to file an Answer or any responsive pleading.

3      Plaintiffs intend to move forward in this case via default proceedings. Plaintiffs intend

4 to file a Request for Clerk's Entry of Default and then proceed with a Motion for Default

5 Judgment. Plaintiffs anticipate having their Motion for Default Judgment on file with this Court

6 within the next 90 days.

7      Based on the above, Plaintiffs respectfully request that this Court continue the Case

8 Management Conference for ninety days to allow Plaintiffs time to proceed against Defendant

9 in default.

10 DATED: November 14, 2007

11

12                            BULLIVANT HOUSER BAILEY PC

13

14                 By _____
                                Ronald L. Richman

15                           Attorneys for Plaintiffs

16

17

18

19

20

21

22

23

24

25

26

27

28

6089480.1

PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; ORDER THEREON

## CASE MANAGEMENT ORDER

The Court having read Plaintiffs' Statement in Lieu of Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for December 7, 2007 at 1:30 p.m. be continued to ___March 28_____, 2008 at 1:30 p.m., Courtroom 2, 17th floor, San Francisco, California.

DATED: November_14_, 2007

By _____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; ORDER THEREON

6089480.1