**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 16, 2007

RE:  CV 07-04379 JSW        BOARD OF TRUSTEES-v- BAY HAWK INC

Default is entered as to Bay Hawk, Inc. on November 16, 2007.

                                  RICHARD W. WIEKING, Clerk

                                  byHilary D. Jackson
                                  Case Systems Administrator

NDC TR-4  Rev. 3/89