Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
e-mail: ron.richman@bullivant.com
e-mail: susan.olson@bullivant.com
Telephone:   (415) 352-2700
Facsimile:   (415) 352-2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>BAY HAWK, INC., a California corporation,<br><br>Defendant. | Case No.: C 07-4379 JSW<br><br>**NOTICE OF CHANGE IN COUNSEL** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that JOYE BLANSCETT, State Bar No. 191242 is no longer associated with Bullivant Houser Bailey PC, and should be removed from the electronic notice and service list for this matter.

DATED: December 18, 2007                BULLIVANT HOUSER BAILEY

By: _/s/ Ronald L. Richman_
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs

6090849.1

-1-
NOTICE OF CHANGE IN COUNSEL