Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
e-mail: ron.richman@bullivant.com
e-mail: susan.olson@bullivant.com
Telephone: (415) 352-2700
Facsimile: (415) 352-2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>BAY HAWK, INC., a California corporation;<br><br>Defendant. | Case No.: C 07-4379 JSW<br><br>**PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE;**<br><br>Date: March 28, 2008<br>Time: 1:30 p.m.<br>Ctroom: 2, 17th Floor |

Plaintiffs offer this Statement in Lieu of the Case Management Conference Statement.

On August 24, 2007 Plaintiffs filed their Complaint For Damages for Breach of Collective Bargaining Agreement and For A Mandatory Injunction ("Complaint") seeking a mandatory injunctive order requiring Bay Hawk, Inc. to submit to an audit of its books and records so that Plaintiffs Trust Funds can determine if Defendant Bay Hawk, Inc. has complied with its obligation to remit to the Trust Fund the employee fringe benefit contributions required

10476709.1

-1-

1  on behalf of its covered employees.

2      The Complaint was served on Defendant on August 31, 2007. Defendants' Answer was
3  due on September 20, 2007. Defendants failed to file an Answer or any responsive pleading.
4  On November 16, 2007 the Clerk of Court entered the Default of Defendant Bay Hawk, Inc.

5      Plaintiffs intend to file with this Court, on or before April 7, 2008, its Motion for
6  Preliminary Injunction requesting that this Court issue an Order to compel Defendant Bay Haw,
7  Inc., to submit to an audit of its books and records. Once the audit is ordered and completed,
8  Plaintiffs can proceed should there be any outstanding trust fund contributions due and owing to
9  Plaintiffs Trust Funds.

10 DATED: March 21, 2008

                                BULLIVANT HOUSER BAILEY PC

                                By _____
                                      Ronald L. Richman
                                Attorneys for Plaintiffs