Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
e-mail: ron.richman@bullivant.com
e-mail: susan.olson@bullivant.com
Telephone: (415) 352-2700
Facsimile: (415) 352-2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>BAY HAWK, INC., a California corporation;<br><br>Defendant. | Case No.: C 07-4379 JSW<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>**FRCP § 65**<br><br>Date: August 15, 2008<br>Time: 9:00 a.m.<br>Ctroom: 2, 17th Floor |

TO BAY HAWK, INC.:

YOU ARE HEREBY NOTIFIED that on August 15, 2008 at 9:00 a.m. or as soon as the matter may be heard in the above-entitled Court, Plaintiffs Board of Trustees Of The Laborers Health and Welfare Trust Fund for Northern California, Laborers Vacation-Holiday Trust Fund for Northern California, Laborers Pension Trust Fund for Northern California, and Laborers Training and Retraining Trust Fund for Northern California ("the Trust Funds") will move and

1  hereby do move for an Order granting a preliminary injunction ordering Defendant BAY
2  HAWK, INC., to submit to an audit of its business records by an auditor from the Plaintiffs
3  Trust Funds to determine whether all employees covered by their collective bargaining
4  agreement with the Laborers Union, District Council for Northern California, have been fully
5  reported during the effective period of that collective bargaining agreement for the period
6  January 1, 2004 through March, 2008 on the grounds that pursuant to FRCP § 65, Section
7  502(a)(3) of ERISA, 29 U.S.C. § 1132(a)(3) and the All Writs Act, 28 U.S.C. § 1651(a), there is
8  a reasonable probability that plaintiffs will prevail on their underlying complaint, plaintiffs will
9  suffer irreparable injury if such relief is not granted, the legal remedies are inadequate to
10 provide the necessary relief, any prejudice to defendant will be comparatively minimal, and that
11 plaintiffs are entitled to such preliminary relief as a matter of law.
12     This Motion for Preliminary Injunction is based upon this Notice of Motion and Motion,
13 Memorandum of Points and Authorities In Support of Motion for Preliminary Injunction, the
14 Declarations of John J. Hagan and Ronald L. Richman In Support of Motion for Preliminary
15 Injunction, all the pleadings, papers and records in this action and such other and further oral
16 and documentary evidence as this Court may desire to hear.
17 DATED:  May 19, 2008

                                        BULLIVANT HOUSER BAILEY PC


                                        By _____
                                                    Ronald L. Richman
                                        Attorneys for Plaintiffs

10478047.1