Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
e-mail: ron.richman@bullivant.com
e-mail: susan.olson@bullivant.com
Telephone:  (415) 352-2700
Facsimile:  (415) 352-2701

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>BAY HAWK, INC., a California corporation;<br><br>Defendant. | Case No.: C 07-4379 JSW<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**FRCP § 65**<br><br>Date:    August 15, 2008<br>Time:   9:00 a.m.<br>Ctroom: 2, 17th Floor |

## ORDER

This Court, having been presented with Plaintiffs' Motion for Preliminary Injunction seeking a mandatory injunctive order compelling Defendant Bay Hawk, Inc. to submit to an audit of its business records by an auditor from the Plaintiffs Trust Funds to determine whether all employees covered by its collective bargaining agreement with the Laborers Union, District Council for Northern California, have been fully reported during the effective period of that

1  collective bargaining agreement for the period January 1, 2005 through March, 2008, no
2  response having been received from Defendant and the Clerk of Court previously entering the
3  default of Defendant, and good cause appearing:
4      IT IS HEREBY ORDERED that Plaintiffs' Motion for Preliminary Injunction be and
5  hereby is granted and Defendant Bay Hawk, Inc. is ordered to submit to an audit of its books
6  and records and to produce and permit the auditors from Plaintiffs Trust Funds to inspect the
7  following for the audit period January 1, 2004 through March, 2008:

> California Quarterly Report of Wages, Form DE-6; Federal Tax Forms W-3/W-2 and 1069/1099; Payroll Registers/Journals; Individual Earnings Records; Source Records, including time cards and time card summaries for all employees; contribution reports for all trust funds; workers' compensation reports; certified payroll reports; personnel records indicating job classifications and hire/termination dates; cash disbursement journal; vendor invoices; copies of subcontract agreements; cash receipts journal; general ledger; job cost records; records of related entities; and any other books and records that may be necessary to complete the auditor's determination or provide additional explanation.

16  This Court shall retain jurisdiction to enforce this mandatory injunction and to hear a
17  motion for amended pleadings or procedural or dispositive motions relating to Plaintiffs
18  Complaint for a further money judgment for unpaid employer contributions and related
19  expenses owed by Defendant as may be discovered by the audit.
20  DATED: _____, 2008

By _____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

10478181.
1