IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
LABORERS HEALTH AND WELFARE
TRUST FUND FOR NORTHERN
CALIFORNIA, ET AL.,

    Plaintiffs,

  v.

BAY HAWK, INC.,

    Defendant.
_____/

No. C 07-04379 JSW

**ORDER SETTING BRIEFING SCHEDULE**

    This matter is set for a hearing on August 15, 2008 on Plaintiffs' motion for preliminary injunction. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than June 13, 2008 and a reply brief shall be filed by no later than June 27, 2008

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: May 21, 2008

                                           JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE