1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  Bullivant Houser Bailey PC
   601 California Street, Suite 1800
3  San Francisco, CA 94108
   e-mail: ron.richman@bullivant.com
4  e-mail: susan.olson@bullivant.com
   Telephone:   (415) 352-2700
5  Facsimile:   (415) 352-2701

6
   Attorneys for Plaintiffs
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>BAY HAWK, INC., a California corporation;<br><br>Defendant. | Case No.: C 07-4379 JSW<br><br>**PLAINTIFFS' REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; ORDER THEREON**<br><br>Date:     May 30, 2008<br>Time:    1:30 p.m.<br>Ctroom:  2, 17th Floor |
|---|---|

23    Plaintiffs request that this Court vacate the Case Management Conference on the
24  following grounds.
25    On August 24, 2007 Plaintiffs filed their Complaint For Damages for Breach of
26  Collective Bargaining Agreement and For A Mandatory Injunction ("Complaint") seeking a
27  mandatory injunctive order requiring Bay Hawk, Inc. to submit to an audit of its books and
28  records so that Plaintiffs Trust Funds can determine if Defendant Bay Hawk, Inc. has complied

10574794.
1
                                        -1-
PLAINTIFFS' REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; ORDER THEREON

with its obligation to remit to the Trust Fund the employee fringe benefit contributions required on behalf of its covered employees. The Complaint was served on Defendant on August 31, 2007. Defendants' Answer was due on September 20, 2007. Defendants failed to file an Answer or any responsive pleading. On November 16, 2007 the Clerk of Court entered the Default of Defendant Bay Hawk, Inc.

On May 21, 2008 Plaintiffs filed their Motion for Preliminary Injunction requesting that this Court issue an Order to compel Defendant Bay Haw, Inc., to submit to an audit of its books and records. Hearing is set for August 15, 2008.

On May 21, 2008 this Court issued its Order Setting Briefing Scheduling, advising the parties that any opposition must be filed on or before June 13, 2008 and any reply must be filed on or before June 27, 2008. This Court further advised the parties that this Court may issue a ruling without oral argument.

Based on the above, Plaintiffs respectfully request that this Court vacate the Case Management Conference.

DATED: May 22, 2008

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman

Attorneys for Plaintiffs

## CASE MANAGEMENT ORDER

The Court having read Plaintiffs' Statement in Lieu of Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for May 30, 2008 at 1:30 p.m. be vacated.

DATED: May____, 2008

By _____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE