Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs Laborers Trust Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiff, <br><br> vs. <br><br> BAY HAWK, INC., a California corporation, , <br><br> Defendant. | Case No.: C 07-4379 JSW <br><br> **LABORERS TRUST FUNDS' REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** <br><br> **FRCP § 65** <br><br> Date:  August 15, 2008 <br> Time:  9:00 a.m. <br> Ctroom:  2, 17th Floor |

Plaintiffs Board of Trustees Of The Laborers Health and Welfare Trust Fund for Northern California, Laborers Vacation-Holiday Trust Fund for Northern California, Laborers Pension Trust Fund for Northern California, and Laborers Training and Retraining Trust Fund for Northern California ("the Trust Funds") advise the Court that Defendant Bay Hawk, Inc., has not filed and served any opposition to the Laborers Trust Funds' Motion for Preliminary Injunction.

– 1 –

Based on the above, Plaintiffs Laborers Trust Funds respectfully request that this Court issue an Order granting the Motion for Preliminary Injunction. A proposed Order has already been submitted to this Court.

DATED: June 28, 2008

                                    BULLIVANT HOUSER BAILEY PC


By _____
     Ronald L. Richman
     Susan J. Olson

Attorneys for Plaintiffs Laborers Trust Funds

10653557.1