1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  Bullivant Houser Bailey PC
   601 California Street, Suite 1800
3  San Francisco, CA 94108
   e-mail: ron.richman@bullivant.com
4  e-mail: susan.olson@bullivant.com
   Telephone:    (415) 352-2700
5  Facsimile:    (415) 352-2701

6
   Attorneys for Plaintiffs
7

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10

11
   BOARD OF TRUSTEES OF THE LABORERS     Case No.: C 07-4379 JSW
12 HEALTH AND WELFARE TRUST FUND
   FOR NORTHERN CALIFORNIA; BOARD        **UNOPPOSED**
13 OF TRUSTEES OF THE LABORERS           **ORDER GRANTING PLAINTIFFS'**
   VACATION-HOLIDAY TRUST FUND FOR       **MOTION FOR PRELIMINARY**
14 NORTHERN CALIFORNIA; BOARD OF         **INJUNCTION**
   TRUSTEES OF THE LABORERS PENSION
15 TRUST FUND FOR NORTHERN               FRCP § 65
   CALIFORNIA; and BOARD OF TRUSTEES
16 OF THE LABORERS TRAINING AND
   RETRAINING TRUST FUND FOR             Date:    August 15, 2008
17 NORTHERN CALIFORNIA,                  Time:    9:00 a.m.
                                         Ctroom:  2, 17th Floor
18              Plaintiffs,

19      vs.

20 BAY HAWK, INC., a California corporation;

21              Defendant.

22

23                          **ORDER**

24      This Court, having been presented with Plaintiffs' Motion for Preliminary Injunction

25 seeking a mandatory injunctive order compelling Defendant Bay Hawk, Inc. to submit to an

26 audit of its business records by an auditor from the Plaintiffs Trust Funds to determine whether

27 all employees covered by its collective bargaining agreement with the Laborers Union, District

28 Council for Northern California, have been fully reported during the effective period of that

collective bargaining agreement for the period January 1, 2005 through March, 2008, no response having been received from Defendant and the Clerk of Court previously entering the default of Defendant, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Preliminary Injunction be and hereby is granted and Defendant Bay Hawk, Inc. is ordered to submit to an audit of its books and records and to produce and permit the auditors from Plaintiffs Trust Funds to inspect the following for the audit period January 1, 2004 through March, 2008:

> California Quarterly Report of Wages, Form DE-6; Federal Tax Forms W-3/W-2 and 1069/1099; Payroll Registers/Journals; Individual Earnings Records; Source Records, including time cards and time card summaries for all employees; contribution reports for all trust funds; workers' compensation reports; certified payroll reports; personnel records indicating job classifications and hire/termination dates; cash disbursement journal; vendor invoices; copies of subcontract agreements; cash receipts journal; general ledger; job cost records; records of related entities; and any other books and records that may be necessary to complete the auditor's determination or provide additional explanation.

This Court shall retain jurisdiction to enforce this mandatory injunction and to hear a motion for amended pleadings or procedural or dispositive motions relating to Plaintiffs Complaint for a further money judgment for unpaid employer contributions and related expenses owed by Defendant as may be discovered by the audit. The hearing date of August 15, 2008 is HEREBY VACATED.

DATED: ___July 2_____, 2008

By _/s/ Jeffrey S. White_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

10478181.
1