| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| RONALD L. RICHMAN (SBN 139189)<br>SUSAN J. OLSON (SBN 152467)<br>BULLIVANT HOUSER BAILEY PC<br>601 CALIFORNIA STREET<br>SAN FRANCISCO, CA 94108<br>**Attorney(s) for:** PLAINTIFFS<br>Ref: 3024758 | (415) 352-2700 | | | |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | | | |
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al. vs. BAY HAWK, INC., a California corporation | | | | |
| **PROOF OF SERVICE** | DATE: | TIME: | DEPT | CASE NUMBER:<br>C 07-4379 JSW |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:
UNOPPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

2. a. Party served: BAY HAWK, INC., a California corporation

   b. Witness served: MARY WIKA, AGENT FOR SERVICE OF PROCESS ON BEHALF OF BAY HAWK, INC., a California corporation

   c. Address: 2672 ENLOW COURT
   PINOLE, CA 94564

3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:

   (1) on: 07-14-08      (2) at:      5:15PM

4. I received this documents for service on (date): JULY 8, 2008

5. Person serving:
CARLOS CASTRO
NATIONWIDE LEGAL, INC,
1255 POST STREET, SUITE #500
SAN FRANCISCO, CALIFORNIA 94109
(415) 351-0400

   a. Fee for service $

   d. Registered California process server
   (1) Employee or independent contractor
   (2) Registration No.: 417
   (3) County : SAN FRANCISCO

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Date: July 16, 2008

Rule 982(a)(23) Judicial Council of California

PROOF OF SERVICE