Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Laborers Trust Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>BAY HAWK, INC., a California corporation, ,<br><br>Defendant. | Case No.: C 07-4379 JSW<br><br>**PLAINTIFFS' REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER THEREON** |

On August 24, 2007 Plaintiffs Trust Funds filed their Complaint For Damages for Breach of Collective Bargaining Agreement and For A Mandatory Injunction ("Complaint") seeking a mandatory injunctive order requiring Bay Hawk, Inc. to submit to an audit of its books and records. On July 2, 2008 this Court issued its Unopposed Order Granting Plaintiffs' Motion for Preliminary Injunction ("Order") compelling Defendant Bay Hawk, Inc. to submit to an audit of its books and records.

– 1 –

     Pursuant to the Order, Defendant Bay Hawk, Inc. did submit to an audit of its books and records. Pursuant to the audit, Defendant Bay Hawk, Inc. was found to owe Plaintiffs Trust Funds a small amount in contributions. Defendant Bay Hawk, Inc. has paid, in full, the amount of the delinquent contributions and no further monies are owed to Plaintiffs Trust Funds.

     Based on the above, Plaintiffs Trust Funds respectfully request that this Court issue an Order dismissing this case, in its entirety, with prejudice.

DATED: September 17, 2008

                          BULLIVANT HOUSER BAILEY PC

                          By _____
                              Ronald L. Richman
                              Susan J. Olson

                          Attorneys for Laborers Trust Funds

## ORDER

     This Court, having been presented with Plaintiffs' Request for Dismissal with Prejudice, and good cause appearing,

     IT IS HEREBY ORDERED that this case be and hereby is dismissed with prejudice.

DATED: September 18, 2008

                          By _____
                              HON. JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE

10787599.1

PLAINTIFFS' REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER THEREON